# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
October 24, 2018

Lyle W. Cayce
Clerk

No. 17-11486
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JAMES LEE WILLIAMS, II, also known as James Lee Williams,

Defendant - Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CR-225-1

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

James Lee Williams, II, federal prisoner # 97021-079, appeals the denial of his motion for extraordinary relief challenging the legality of the restitution order imposed in connection with his 2013 conviction for wire fraud. In his brief, he renews his challenge to the legality of the restitution order. Williams does not challenge the finding by the district court that there was no legal basis for a postconviction motion challenging the restitution order.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-11486

The district court lacked jurisdiction to consider Williams's motion. *See United States v. Miller*, 599 F.3d 484, 487 (5th Cir. 2010); *United States v. Hatten*, 167 F.3d 884, 887 & n.6 (5th Cir. 1999). Williams's motion is "an unauthorized motion which the district court was without jurisdiction to entertain. Thus, he has appealed from the denial of a meaningless, unauthorized motion." *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994).

The judgment of the district court is AFFIRMED.